IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILLIP WILKINS, a minor by his parent and natural guardian Paula Wilkins, et al., | : : | |
| *Plaintiffs*, | : | CIVIL ACTION |
| | : | NO. 16-5926 |
| v. | : | |
| CITY OF PHILADELPHIA, et al., | : | |
| *Defendants*. | : | |

## **ORDER**

**AND NOW**, this 31st day of July, 2017, upon consideration of Defendants' Motions to Dismiss (ECF No. 8), and Plaintiffs' Responses thereto (ECF No. 9), it is hereby **ORDERED** that said Motion is **GRANTED.** The Complaint is dismissed with leave to amend in accordance with this Court's accompanying memorandum.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. Darnell Jones, II   J.